407 So.2d 741 (1981)
Deborah Kaye HARDY, et al.
v.
STATE of Louisiana, THROUGH DEPARTMENT OF HIGHWAYS, et al.
LIBERTY MUTUAL INSURANCE COMPANY
v.
STATE of Louisiana, Through DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, et al.
SOUTHERN FARM BUREAU CASUALTY INSURANCE COMPANY
v.
LIBERTY MUTUAL INSURANCE COMPANY, et al.
Teresa McFerrin PARISH
v.
LIBERTY MUTUAL INSURANCE COMPANY, et al.
No. 81-C-2945.
Supreme Court of Louisiana.
December 14, 1981.
Denied.